| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Amon, Carol B. | U.S. District Court, EDNY | 06/15/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Room 908S
Brooklyn, New York 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 06/15/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | Brooklyn Law School- Teaching | $1,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Self employed attorney - law partnership distribution |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Pepperdine University School of Law | 03/13 - 03/15/13 | Malibu, California | Lecturer | Transportation, lodging and food |
| 2. | Federal Bar Council | 05/01/13 | New York, NY | Law Day dinner | Food |
| 3. | New York Intellectual Property Law Association (NYIPLA) | 03/22/13 | New York, NY | Judges Dinner | Transportation and food |
| 4. | NYU School of Law | 05/02/13 | New York, NY | Lecture and Dinner | Food |
| 5. | NYS Bar Association | 05/05/13 | Saratoga Springs, NY | Award Recipient | Lodging and food |
| 6. | NYCDL | 09/20/13 | Ryebrook, NY | Biennial Retreat | Lodging and food |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Amon, Carol B. | 06/15/2014 |

| 7. | Fordham-Stein | 11/20/13 | New York, NY | Dinner | Food | |
| 8. | NYCLA | 12/17/13 | New York, NY | Dinner | Food | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Passumpic Bank | Mortgage of rental property - Newport, Vermont (Part VII, Line 18) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 06/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA Accts Citibank, Bklyn, NY FidelityAd.DynamicCapAppFud | B | Dividend | K | T | | | | | |
| 2. Law Partnership, Cap. Acct. | | None | M | T | | | | | |
| 3. Thomas G. Amon Pension Plan | A | Interest | J | T | | | | | |
| 4. Thomas G. Amon PrfShrPlan | A | Interest | J | T | | | | | |
| 5. Citibank N.A. , Money Market | B | Interest | M | T | | | | | |
| 6. FidelityContraFund II | A | Dividend | J | T | | | | | |
| 7. Fidelity Independence Fund | A | Dividend | J | T | | | | | |
| 8. Aim /Dynamics FD Class B (Name change Invesco/Aim) | A | Dividend | J | T | | | | | |
| 9. Fidelity Ad. Equity Growth | A | Dividend | K | T | | | | | |
| 10. Fidelity Ad Tech Fund | A | Dividend | J | T | | | | | |
| 11. Legg Mason Partners Financial Services Fund B | A | Dividend | J | T | | | | | |
| 12. Legg Mason Partners Large CapValue Fund B | A | Dividend | J | T | | | | | |
| 13. MFS Moderate Allocation | B | Dividend | M | T | | | | | |
| 14. Chase Select Checking | A | Interest | J | T | | | | | |
| 15. Encore Networks, Inc. (Se VIII) | | None | M | T | | | | | |
| 16. Rental Property Newport, VT (See VIII) | D | Rent | M | R | | | | | |
| 17. Equitable Variable Life Policy | B | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 06/15/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental Property Newport, VT (See VIII) | D | Rent | M | R | | | | | |
| 19. Aim Technology FD | A | Dividend | J | T | | | | | |
| 20. Sonic Moutain, Inc. | | None | N | U | | | | | |
| 21. Citibank CD | A | Interest | J | T | | | | | |
| 22. Johnson & Johnson Stock | A | Dividend | J | T | | | | | |
| 23. Spoleto Corp. (See VIII) | C | Interest | M | T | | | | | |
| 24. Primco Total Return Fund (Bonds) | C | Interest | M | T | | | | | |
| 25. Franklin NY Tax Free Income Bond Fund Class A | B | Interest | L | T | Sold | 08/23/13 | L | A | |
| 26. Franklin Rising Dividends FD Class A | A | Dividend | L | T | Buy | 08/23/13 | L | | |
| 27. JPMorgan Chase Brokerage Acct #1 Header (See VIII) | | | | | | | | | |
| 28. Williams Companies | A | Dividend | J | T | Sold (part) | 06/03/13 | J | A | |
| 29. Williams Companies | A | Dividend | J | T | | | | | |
| 30. Williams Companies | A | Dividend | J | T | | | | | |
| 31. Abbott Labs | A | Dividend | | | Sold | 03/14/13 | J | A | |
| 32. Abbott Labs | A | Dividend | | | Sold | 03/18/13 | J | A | |
| 33. 3M Co. | A | Dividend | J | T | | | | | |
| 34. 3M Co. | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 06/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Arthur Gallagher Co. | A | Dividend | J | T | | | | | |
| 36. Arthur Gallagher Co. | A | Dividend | J | T | | | | | |
| 37. Arthur Gallagher Co. | A | Dividend | J | T | | | | | |
| 38. AT&T, Inc. | A | Dividend | | | Sold | 06/10/13 | J | A | |
| 39. AT&T, Inc. | A | Dividend | | | Sold | 06/10/13 | J | A | |
| 40. ADP, Inc. | A | Dividend | J | T | | | | | |
| 41. Century Link, Inc. | | None | | | Sold | 06/25/13 | J | A | |
| 42. Chevron Corp. | A | Dividend | J | T | | | | | |
| 43. Chevron Corp. | A | Dividend | J | T | | | | | |
| 44. Cincinnati Financial Corp | A | Dividend | J | T | | | | | |
| 45. Cinemark Holdings, Inc. | A | Dividend | J | T | | | | | |
| 46. Cinemark Holdings, Inc. | A | Dividend | J | T | | | | | |
| 47. Cinemark Holdings, INc. | A | Dividend | J | T | | | | | |
| 48. CME Group, Inc. | A | Dividend | J | T | | | | | |
| 49. CMS Energy Corp. | A | Dividend | J | T | | | | | |
| 50. CMS Energy Corp. | A | Dividend | J | T | | | | | |
| 51. Coca-Cola Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 06/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 53. Conoco Phillips | A | Dividend | J | T | | | | | |
| 54. Conoco Phillips | A | Dividend | J | T | | | | | |
| 55. Cullen Frost Bankers | A | Dividend | J | T | | | | | |
| 56. Emerson Electric Co. | A | Dividend | J | T | Sold | 07/01/13 | J | A | |
| 57. Hershey Company | A | Dividend | J | T | | | | | |
| 58. Home Depot, Inc. | A | Dividend | J | T | | | | | |
| 59. Home Depot, Inc. | A | Dividend | J | T | | | | | |
| 60. Home Depot, Inc. | A | Dividend | J | T | | | | | |
| 61. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 62. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 63. KLA-Tencor Corp. | A | Dividend | J | T | | | | | |
| 64. Limited Brands Inc. | A | Dividend | J | T | | | | | |
| 65. M&T Bank Corp. | A | Dividend | J | T | Sold (part) | 04/03/13 | J | A | |
| 66. M&T Bank Corp. | A | Dividend | J | T | | | | | |
| 67. Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 68. Merck & Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 06/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. McGraw Hill Co. Inc. | A | Dividend | | | Sold | 02/08/13 | J | A | |
| 70. Merck & Co. Inc. | A | Dividend | J | T | | | | | |
| 71. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 72. Microsoft Corp. | A | Dividend | | | Sold (part) | 08/02/13 | J | A | |
| 73. Molex Inc. | A | Dividend | | | Sold | 10/30/13 | J | A | |
| 74. Mondelez Int'l | A | Dividend | J | T | | | | | |
| 75. Northeast Utilities | A | Dividend | | | Sold | 07/31/13 | J | A | |
| 76. Northeast Utilities | A | Dividend | | | Sold | 08/06/13 | J | A | |
| 77. Nisource Services Inc. | A | Dividend | J | T | | | | | |
| 78. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 79. Phillip Morris Int'l | A | Dividend | J | T | | | | | |
| 80. PPG Industries, Inc. | A | Dividend | J | T | Sold (part) | 06/25/13 | J | A | |
| 81. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 82. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 83. Proctor & Gamble Co. | A | Dividend | J | T | | | | | |
| 84. Sempra Energy | A | Dividend | J | T | | | | | |
| 85. Sempra Energy | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 06/15/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Sempra Energy | A | Dividend | J | T | | | | | |
| 87. Sempra Energy | A | Dividend | J | T | | | | | |
| 88. Sempra Energy | A | Dividend | J | T | | | | | |
| 89. Snap On Inc. | A | Dividend | J | T | | | | | |
| 90. Snap On Inc. | A | Dividend | J | T | | | | | |
| 91. Snap On Inc. | A | Dividend | J | T | | | | | |
| 92. Snap On Inc. | A | Dividend | J | T | Sold (part) | 10/17/13 | J | A | |
| 93. Spectra Energy Corp. | A | Dividend | | | Sold | 01/17/13 | J | A | |
| 94. Spectra Energy Corp. | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 95. T. Rowe Price Group Inc. | A | Dividend | J | T | | | | | |
| 96. T. Rowe Price Group Inc. | A | Dividend | J | T | | | | | |
| 97. The Travelers Companies Inc. | A | Dividend | J | T | | | | | |
| 98. The Travelers Companies Inc. | A | Dividend | J | T | | | | | |
| 99. Time Warner Inc. | A | Dividend | J | T | Sold (part) | 11/27/13 | J | A | |
| 100. Time Warner Cable Inc. | A | Dividend | J | T | Sold (part) | 10/30/13 | J | A | |
| 101. Tupperware Corp. | A | Dividend | J | T | Sold | 01/04/13 | J | A | |
| 102. Validus Holdings Ltd. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 06/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Validus Holdings Ltd. | A | Dividend | J | T | | | | | |
| 104. Verizon Communications | A | Dividend | J | T | | | | | |
| 105. Verizon Communications | A | Dividend | J | T | | | | | |
| 106. Williams Sonoma Inc. | A | Dividend | J | T | | | | | |
| 107. Williams Sonoma Inc. | A | Dividend | J | T | | | | | |
| 108. Williams Sonoma Inc. | A | Dividend | J | T | | | | | |
| 109. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 110. Wells Fargo & Co. | A | Dividend | J | T | | | | | |
| 111. Yum Brands | A | Dividend | J | T | | | | | |
| 112. NiSource Inc. | A | Dividend | J | T | Buy | 01/03/13 | J | | |
| 113. Williams Cos. Inc. | A | Dividend | J | T | Buy | 01/23/13 | J | | |
| 114. Texas Instruments | A | Dividend | J | T | Buy | 03/12/13 | J | | |
| 115. Johnson & Johnson | A | Dividend | J | T | Buy | 03/19/13 | J | | |
| 116. Abbvie, Inc. | A | Dividend | J | T | Buy | 03/20/13 | J | | |
| 117. Fidelity Nat'l Information | A | Dividend | J | T | Buy | 04/09/13 | J | | |
| 118. KLA-Tencor Corp | A | Dividend | J | T | Buy | 01/12/13 | J | | |
| 119. Yum Brands Inc. | A | Dividend | J | T | Buy | 05/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 06/15/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Proctor & Gamble Co. | A | Dividend | J | T | Buy | 05/07/13 | J | | |
| 121.  Occidental Petroleum | A | Dividend | J | T | Buy | 06/10/13 | J | | |
| 122.  Edison Int'l | A | Dividend | J | T | Buy | 06/21/13 | J | | |
| 123.  PNC Fin. Services Inc. | A | Dividend | J | T | Buy | 01/13/13 | J | | |
| 124.  Bristol Meyers Squibb | A | Dividend | J | T | Buy | 06/27/13 | J | | |
| 125.  Illinois Tool Works | A | Dividend | J | T | Buy | 07/05/13 | J | | |
| 126.  DTE Energy Co. | A | Dividend | J | T | Buy | 08/29/13 | J | | |
| 127.  Accenture PLC | A | Dividend | J | T | Buy | 11/01/13 | J | | |
| 128.  OmniCom Group Inc. | A | Dividend | J | T | Buy | 11/06/13 | J | | |
| 129.  Air Products & Chemicals, Inc. | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 130.  Analog Devices | A | Dividend | J | T | Buy | 09/16/13 | J | | |
| 131.  BB&T Corp. | A | Dividend | J | T | Buy | 02/15/13 | J | | |
| 132.  Marathon Petroleum | A | Dividend | J | T | Buy | 12/18/13 | J | | |
| 133.  Northern Trust Corp. | A | Dividend | J | T | Buy | 12/23/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,000 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Amon, Carol B. | 06/15/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Re: Part VII

Item 15 - Market value of vested options less exercise on 12/31/11.

Item 16 - Rental property located in City of New port, Chittendon County, Vermont, inherited by ▮▮▮ in 1994. Value at date acquired - $200,000.

Item 18 - Rental property located in City of New port, Chittendon County, Vermont acquired by spouse on September 5, 2005. Purchase price $220,000.

Item 23 - Asset management company owned by ▮▮▮

Item 27 - Managed Asset Account of Spoleto Corp.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol B. Amon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544